**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00008-CV**
_____

**IN RE JAMES THIBODEAUX**

**Original Proceeding**
**128th District Court of Orange County, Texas**
**Trial Cause No. A180121-C**

**ORDER**

James Thibodeaux filed a petition for writ of mandamus. The relator is a defendant in Cause Number A180121-C, *Maria Cisneros and Socorro Cisneros v. James Thibodeaux*. Relator seeks a writ compelling the Honorable Courtney Arkeen, Judge of the 128th District Court, to vacate the order granting a motion for new trial. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that the trial be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial of Cause Number A180121-C is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real parties in interest, Maria Cisneros and Socorro Cisneros, is due January 21, 2020.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED January 9, 2020.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.